Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Eastern District of Kentucky
FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
London Division

AUG 07 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Robert S. Bruner

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attached

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:25-CV-141-KKC
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Robert S. Bruner |
  | Street Address | 1397 Hwy 3434 |
  | City and County | East Bernstadt / Laurel |
  | State and Zip Code | Kentucky / 40729 |
  | Telephone Number | 606-224-0950 |
  | E-mail Address | rbruner9@windstream.net |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Pam Bondi
- Job or Title *(if known)*: Attorney General
- Street Address: 950 Pennsylvania Avenue NW
- City and County: Wahsington / Washigton
- State and Zip Code: Washington DC 20530
- Telephone Number: 202-514-2000
- E-mail Address *(if known)*: the.attorney.general@usdoj.gov

Defendant No. 2
- Name: William K. Marshall III
- Job or Title *(if known)*: Director, Federa Bureau of Prisons
- Street Address: 320 FIRST STREET, NW
- City and County: Wahsington / Washigton
- State and Zip Code: Washington DC 20530
- Telephone Number: 202-307-3250
- E-mail Address *(if known)*: wmarshall1@bop.gov

Defendant No. 3
- Name: Joshua J. Smith
- Job or Title *(if known)*: Deputy Director, Federal Bureau of Prisons
- Street Address: 320 FIRST STREET, NW
- City and County: Wahsington / Washigton
- State and Zip Code: Washington DC 20530
- Telephone Number: 202-307-3250
- E-mail Address *(if known)*: jsmith9@bop.gov

Defendant No. 4
- Name: Federal Burea of Prisons
- Job or Title *(if known)*: Agency
- Street Address: 320 FIRST STREET, NW
- City and County: Washington / Washington
- State and Zip Code: Washington DC 20530

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|  |  |
|---|---|
| Telephone Number | 202-307-3250 |
| E-mail Address *(if known)* |  |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Federal Correctional Institution Manchester |
| Street Address | 805 Fox Hollow Road |
| City and County | Mancheser / Clay |
| State and Zip Code | Kentucky 40962 |
| Telephone Number | 606-598-1900 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

5 CFR § 335.103(b) - Failure to ensure merit-based selections through systematic means of assessment. 5 USC §2301. Merit system principles

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Violation(s) of Merit Systems Principles

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
September 21, 2023,
November 16, 2023,
April 1, 2024

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — Caucasion
- ☒ color — White
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E.  The facts of my case are as follows. Attach additional pages if needed.

  ***See Enclosure 1***

  *(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

  ***See Enclosure 2***

IV. **Exhaustion of Federal Administrative Remedies**

  A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

  December 12, 2023 / Amended April 3, 2024

  B.  The Equal Employment Opportunity Commission *(check one)*:

  ☐ has not issued a Notice of Right to Sue letter.

  ☒ issued a Notice of Right to Sue letter, which I received on *(date)*   7/18/2025

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  ***See Enclosure 3***

  C.  Only litigants alleging age discrimination must answer this question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

  ☐ 60 days or more have elapsed.

  ☐ less than 60 days have elapsed.

V. **Relief**

  State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Relief Sought:

- Back pay Plaintiff appropriate GS-14/ Associate Warden back-pay beginning from September 2023 to current.
- Adjust high 3 years for retirement purposes
- Pay Plaintiff 1,000,000 for punitive, non pecuniary damages for reprisal and violations of the Merit System Principles
- Pay Plaintiff any other relief he may be entitled under law

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8/7/2025

Signature of Plaintiff     *Robert S. Bruner*
Printed Name of Plaintiff     Robert S. Bruner

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address


THIS PAGE LEFT BLANK INTENTIONALLY