# ENCLOSURE 2

Formal Complaint

# U.S. Department of Justice

# Complaint of Discrimination

*(See instructions on reverse)*

PRIVACY ACT STATEMENT: 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE- This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), genetic information, sexual orientation, gender identity, parental status, or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation; hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE- Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

| 1. Complainant's Full Name | | 2. Your Telephone Number *(including area code)* |
|---|---|---|
| Robert Bruner | | Home 606-224-0950 |
| Street Address, RD Number, or Post Office Box Number | | Work 606-813-6114 |
| 1397 Hwy 3434 | | |
| City, State and Zip Code | Email Address | Cell 606-813-6114 or 606-224-0950 |
| East Bernstadt KY | rbruner@bop.gov | |

| 3. Which Department of Justice Office Do You Believe Discriminated Against You? | 4. Current Work Address |
|---|---|
| Federal Bureau of Prisons | 805 Fox Hollow Road |
| | A. Name of Agency Where You Work |
| | Federal Correctional Institution, Manchester |
| B. Street Address of Office | B. Street Address of Your Agency |
| 320 First St., NW | 805 Fox Hollow Road |
| | C. City, State and Zip Code |
| C. City, State and Zip Code | Manchester, KY 40962 |
| Washington, DC 20534 | D. Title and Grade of Your Job |
| | Executive Assistant/Camp Adminsitrator |

5. Date on Which Most Recent Alleged Discrimination Took Place

| Month | Day | Year |
|---|---|---|
| 12 | 7 | 2023 |

6. Check Below Why You Believe You Were Discriminated Against?

- ☑ Race *(Give Race(s))* Caucasian
- ☑ Color *(Give Color)* White
- ☐ Religion *(Give Religion)*
- ☐ Sex *(Give Sex)* ☑ Male ☐ Female
- ☐ Sexual Harassment ☑ Non-sexual Harassment
- ☐ Age *(Give Age)*
- ☐ National Origin *(Give National Origin)*
- ☐ Disability ☐ Physical ☐ Mental
- ☐ Genetic Information
- ☐ Sexual Orientation
- ☐ Gender Identity
- ☑ Reprisal
- ☐ Parental Status
- ☐ Class Complaint

7. Explain How You Believe You Were Discriminated Against *(treated differently from other employees or applicants)* Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Genetic Information, Sexual Orientation, Gender Identity, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. *(You may continue your answer on another sheet of paper if you need more space.)*

Please see attached continuation sheet.

8. What Corrective Action Do You Want Taken on Your Complaint?

Please see attached continuation sheet.

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.

| DATE OF FIRST CONTACT WITH EEO OFFICE: | DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: | B) Name of Counselor | |
|---|---|---|---|
| 11 / 02 / 2023 | 12 / 04 / 2023 | Reba Daniels | ☐ I Have Not Contacted an EEO Counselor |

10. Date of This Complaint:

| Month | Day | Year |
|---|---|---|
| 12 | 12 | 2023 |

11. Sign Your Name Here:

*Robert Bruner*

FORM DOJ-201A
JULY 2020

*Robert Bruner v. United States Department of Justice*
Formal EEO Complaint
Continuation Sheet
Form DOJ-201A

**¶ 7:** Explain How You Believe You Were Discriminated Against (treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Genetic Information, Sexual Orientation, Gender Identity, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor.

Since in or around January 18, 2023, and continuing through the present, the United States Department of Justice (hereinafter "Agency") has engaged in an ongoing pattern and practice of discrimination towards Mr. Bruner (hereinafter "Complainant") on the basis of unlawful (Reprisal). On or about November 16, 2023, the Complainant amended the pre-complaint to include claims on the basis of race (Caucasian) and color (white) when the Agency endorsed a BHS Newsletter addressed to all agency employees, including the aggreived. The endorsement included a photograph of a hand gesture which the Agency previously perceived as "racially motivated".

Further, in November, 2023, the Claimant filed a hostile work environment, therefore all events as outlined within the Complainant's Formal Complaint, as referenced in the Pre-Complaint should be considered timely as each event described are Claimant's noted incidents of hostile work environment.

As described in *AMTRAK v. MORGAN*, hostile environment claims are different in kind from discrete acts. Their very nature involves repeated conduct. The "unlawful employment" practice therefore cannot be said to occur on any particular day. It occurs over a series of days or perhaps years and, in direct contrast to discrete acts, a single act may not be actionable on it's own

536 U.S. 101, 115, 122 S. Ct. 2061, 2073 (2002)(internal citations omitted).

Examples of Claimant's ongoing claim of discrimination include, but are not limited to, the following unlawful acts of reprisal when:

## CLAIMS

1. On or about February 15, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

2. On or about April 15, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

3. On or about May 4, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

4. On or about June 8, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

5. On or about July 19, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

6. On or about August 18, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

7. On or about September 21, 2023, by and through BOP Executive Staff, discriminated against Claimant through non-selection for reprisal for previously filing EEO/MSPB Case.

8. On or about November 16, 2023, by and through BOP-RSD Employee Support, Central Office, discriminated against Claimant through BHS Newsletter endorsement on the basis of race (Caucasian) and color (white) when the Agency endorsement a photograph of a hand gesture which the Agency previously perceived as "racially motivated".

9. On or about December 1, 2023, by and through the Agency's EEO Office, specifically, Kevin B. Cardwell, when the agency refused to adhere to Time Frames of the EEO ADR Process.

10. On or about December 6, 2023, by and through the Agency's EEO Office, specifically, Carolyn Vines Sapla, EEO Director, when the agency refused to adhere to Time Frames of the EEO ADR Process.

11. On or about December 6-8, 2023, by and through the DOJ's Management Division's, EEO Office, specifically Richard Toscana, EEO Director, et. Al, when the agency refused to adhere to Time Frames of the EEO ADR Process.

12. On or about December 7, 2023, by and through the Agency's EEO Office, specifically, Kathleen White, Conflict Resolution Analysis Administrator, when the agency refused to adhere to Time Frames of the EEO ADR Process.

## ¶ 8: REMEDIES SOUGHT

1. Cease the ongoing reprisal discrimination and harassment;

2. Promote aggrieved Complainant to position of Associate Warden, GS-0006-14 at Manchester.

3. Back pay aggrieved Complainant for acting in the capacity of Associate Warden for extended periods during times when temporary promotion was not approved.

4. Pay the aggrieved Complainant 75,000 for past and future pecuniary and non-pecuniary compensatory damages for reprisal case.

5. Provide the aggrieved Complainant any other relief to which he is entitled under the law and facts of his case.

Initial ⁄⁄



U.S. Department of Justice

Federal Bureau of Prisons

*Washington, D.C. 20534*

**Amendment Letter**　　　　　　　　　　　　April 3, 2024

Robert Bruner
1397 Highway 3434
East Bernstadt, KY
rbruner@bop.gov

      Re:    <u>Bruner v. United States Department of Justice</u>
              EEO Complaint No. BOP-2024-000079

Dear Robert Bruner:

      This letter is in reference to the emails received in this office on April 2 and 3, 2024, in which you request to amend the above-captioned Complaint of Discrimination (Complaint) against Mid-Atlantic Regional Office. In that correspondence, you allege that you have been subjected to additional discrimination in relation to your current Equal Employment Opportunity (EEO) complaint.

      In accordance with the Equal Employment Opportunity Commission (EEOC) Management Directive for 29 C.F.R. § 1614 (EEO-MD-110), as revised, August 5, 2015, which prohibits fragmentation of Complaints and states, "[w]hen a complainant raises a new incident of alleged discrimination during the processing of an EEO Complaint, it must be determined whether this new incident:

    1.    Provides additional evidence offered to support the existing claim but does not raise a new claim in and of itself.

    2.    Raises a new claim that is like or related to the claim(s) raised in the pending complaint; or

    3.    Raises a new claim that is not like or related to the claim(s) raised in the pending complaint."

      After a careful review of your request, we have determined that your claim is sufficiently like or related or reasonably expected to rise out of your original complaint and is therefore an

amended request. Therefore, your pending Complaint is amended to include the following claim:

1. You allege that on September 21, 2023 and again on November 16, 2023, you were not selected for the Associate Warden position, vacancy announcement number MSS-2023-0005. You also allege that on November 16, 2023, you received a email containing a picture of the hand gesture in which you received a sustained charge. (Original Claim)

2. You allege that on April 1, 2024, you were not selected for the Associate Warden position, vacancy announcement number MSS-2024-0002. **(Amendment)**

Because your Complaint has been amended, the amount of time to complete the investigation will be the earlier of 180 days from the date of the last amendment or 360 days after the filing of the original Complaint. However, pursuant to 29 C.F.R. § 1614 106(e)(2) you retain the right to request a hearing from an Administrative Judge, even in the case of an amended Complaint, after 180 days from the date of the first filed Complaint, even if the investigation has not been completed.

You are reminded that during the processing of your Complaint, you are responsible for notifying this office of any change of address, responding to requests for information, and notifying this office if you obtain or change representation in this matter as well as providing contact information for your representation. Please direct any questions concerning the processing of your Complaint, or matters of mutual concern, to Jearlean Marks, Senior Equal Employment Opportunity Specialist, at BOP-PRD-EEOOffice-S@bop.gov or 202-514-6165.

Please ensure you always refer to your assigned EEO Complaint Number, **BOP-2024-000079**, when sending your communication to the EEO Office.

Sincerely,

*Diana Lee for*

Carolyn Vines Sapla
EEO Officer

cc: Andrea Garza, President, JDG Associates, Inc., 27 Scenic Loop Road, Boerne, TX 78006, gaby@jdgassociates.com (with enclosures)

/JM