UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

| | |
|---|---|
| ROBERT S. BRUNER,<br>Plaintiff,<br><br>v.<br><br>PAM BONDI, et al.,<br>Defendants. | Civil Action No. 6: 25-141-KKC<br><br>**JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The complaint, [R. 1], is **DISMISSED**.
2. This matter is **STRICKEN** from the docket.

Entered: September 2, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**